UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

URETHANE TECHNOLOGY, INC.,

                Plaintiff,

Case No. 7:21-cv-01745-PMH

-against-

**ORDER TO SHOW CAUSE
FOR A DEFAULT JUDGMENT
AGAINST DEFENDANT
AMD PLASTICS, LLC**

AMD PLASTICS, LLC,

                Defendant.
------------------------------------------------------------------------X

Upon the affidavits of Volker Regenauer, sworn to ~~June 5, 2021~~ **June 10, 2021**, the ~~Certification of Attorney~~ **Attorney Affidavit in Support of Default Judgment, with Points of Law of** Frederick C. Kelly, Esq., dated ~~June 5, 2021~~ **June 14, 2021**, and upon the pleadings and papers annexed hereto, it is

ORDERED, that the above named Defendant, AMD Plastics, LLC, show cause before ~~a motion term of~~ this Court, at Room 520 of the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, on __July 16, 2021__, at **on submission of papers only,** __5:00__ o'clock in the ~~fore~~(afternoon) thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(b) of the Federal Rules of Civil Procedure granting a default judgment against the said Defendant ~~in the amount of $79,456.70 through June 14, 2021 (with additional accruing interest of $1,050.60 on the 13th day of each month), plus attorney's fees in the amount of $5,191.00, plus costs and disbursements of this action in the amount of $650.69, amounting in all to $85,298.39~~, and it is further

ORDERED that service of a copy of this order with the underlying affidavits, certifications and exhibits upon the Defendant by __June 18, 2021__ on or before **5:00 p.m.**,

shall be deemed good and sufficient service thereof; and it is further

ORDERED that any papers opposing the relief herein must be filed and served no later than

<u>**July 9, 2021**</u>, and Plaintiff shall file and serve its reply papers, if any, by July 16, 2021

DATED: ~~New York, New York~~
ISSUED: _____ ~~M~~
    **White Plains, New York**
    **June 15, 2021**

_____
United States District Judge
**Hon. Philip M. Halpern**

\*\* **Plaintiff shall file proof of service on the docket by 5:00 p.m. on June 21, 2021.** \*\*

\*\* **The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 13 , as Plaintiff mistakenly filed its Attorney Affidavit in Support of Default Judgment as a Motion for Default Judgment.** \*\*