UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

URETHANE TECHNOLOGY COMPANY, INC.,

                Plaintiff,

    -against-

AMD PLASTICS, LLC,

               Defendant.

**JUDGMENT**

21-CV-01745 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    This action having been commenced on February 27, 2021 by the filing of the Summons and Complaint, a copy of the Summons and Complaint have been personally served on Defendant, AMD Plastics, LLC ("Defendant"), on March 9, 2021 by personal delivery of same on Ron Henson, a general agent for Defendant under Federal Rule of Civil Procedure 4(h)(1)(b), and proof of service having been filed on May 31, 2021 and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    **ORDERED, ADJUDGED AND DECREED** that Plaintiff, Urethane Technology Company, Inc. ("Plaintiff"), have judgment against Defendant in the liquidated amount of $70,004.00 with interest at 1.50% per month from September 13, 2020 amounting to $84,704.84 through October 14, 2021 with additional accruing interest of $1,050.60 on the 13th day of each month, plus attorney's fees in the amount of $5,191.00, plus costs and disbursements of this action in the amount of $650.69, amounting in all to $90,546.53; and it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff shall be entitled to make further application for reasonable attorney's fees and costs relating to collection of this judgment against Defendant, should it be so advised.

**SO ORDERED:**

Dated:   White Plains, New York
   October 14, 2021

_____
PHILIP M. HALPERN
United States District Judge