USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 21 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
URETHANE TECHNOLOGY COMPANY, INC.,

                                  Plaintiff,      21 Civ. 01745 (PMH)

     - against -                     **SATISFACTION OF JUDGMENT**

AMD PLASTICS, LLC,

                                Defendant.
------------------------------------------x

        WHEREAS, a judgment was entered in the above action on the 14th day of October, 2021 in favor of URETHANE TECHNOLOGY COMPANY, INC., and against AMD PLASTICS, LLC, in the amount of $70,004.00 with interest at 1.50% per month from September 13, 2020 amounting to $84,704.84 through October 14, 2021 with additional accruing interest of $1,050.60 on the 13th day of each month, plus attorney's fees in the amount of $5,191.00, plus costs and disbursements of this action in the amount of $650.69, amounting in all to $90,546.53, And said judgment with interest and costs and attorneys fees thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

        THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Goshen, New York
         April 19, 2022

Yours, etc.

/s/ Frederick C. Kelly
Attorney for Plaintiffs
One Harriman Square
Goshen, New York 10924
845 294-7945
SDNY Attorney No. FK1986

STATE OF NEW YORK )
                  )ss.:
COUNTY OF ORANGE  )

On the 19th day of April, 2022 before me personally came Frederick C. Kelly to me known and known to be a member of the firm of Frederick C. Kelly, Esq., attorneys for Urethane Technology Company, Inc. in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

/s/ Cynthia M. Culmone
Notary Public 01CU6 222009

CYNTHIA M CULMONE
NOTARY PUBLIC STATE OF NEW YORK
ORANGE COUNTY
LIC. #01CU6022009
COMM. EXP. 05/10/2026